PER CURIAM.
 

 We treat the petition for writ of certio-rari as an appeal from the trial court’s order that denied appellant’s motion for relief pursuant to Florida Rule of Criminal Procedure 3.850.
 
 See Fla.R.App.P.
 
 9.030(b)(1)(A). The case is summarily affirmed.
 
 Fla.R.App.P.
 
 9.315(a). Our review of the record reveals that appellant’s current incarceration is not the result of a violation of probation. As appellant points out, the trial court determined that appellant’s probationary term was “terminated successfully.” Thereafter, appellant entered into a negotiated plea in connection with two separate lower court cases.
 
 [1]
 
 Pursuant to the March 2007 plea he was sentenced in one of those cases to a four-year prison term.
 

 Affirmed.
 

 POLEN, STEVENSON and MAY, JJ., concur.
 

 [1]
 

 . 06-9610 and 06-9257.